IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| GOLDEN HORN INTERNATIONAL TRADING (SHANGHAI) CO., LTD. | ) ) ) | CASE NO.: |
| | ) | JUDGE: |
| 901 No. 998, Longshui North Road, Xuhui District, Shanghai, China, | ) ) ) ) | **COMPLAINT** |
| | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| HADALGO, LLC, | ) ) | |
| 3933 Jocelyn Dr. Hamilton, Ohio, 45011 | ) ) ) ) | |
| Defendant. | ) | |

Now comes Plaintiff Golden Horn International Trading (Shanghai) Co., Ltd. ("Plaintiff"), and for its Complaint against Defendant Hadalgo, LLC ("Defendant"), states as follows:

## NATURE OF THE ACTION

1. In or around September, 2022, Plaintiff and Defendant agreed that Plaintiff would supply Defendant with electrical components over the

course of eight shipments through the Whatsapp Application and email.

2. Between October 16, 2022, and December 27, 2022, Defendant continued to make Orders from Plaintiff, and Plaintiff sent the requested products to Defendant, the combined purchase price of which amounted to $486,088.00.

3. Between October 14, 2022, and May 5, 2023, Defendant sent eight wire transfers to Plaintiff, amounting to a total of $380,000.00 - $106,088.00 less than the agreed upon purchase price for the orders sent to, and received by, Defendant.

4. Plaintiff has brought this action against Defendant for breach of contract, quantum meruit, and money owed on account, and requests that this Court award Plaintiff any recovery to Plaintiff that Plaintiff is entitled to under Ohio and federal law, including pre-judgment interest, post-judgment interest, Plaintiff's reasonable attorney's fees, and costs of this action.

## THE PARTIES

5. Plaintiff incorporates the allegations set forth in Paragraphs 1-4 as if fully restated herein.

6. Plaintiff is a corporation organized and existing under the laws of Shanghai, China, with its headquarters located at 901 No. 998, Longshui North Road, Xuhui District, Shanghai, China.

7. Defendant is an Ohio Limited Liability Company, with its principal place of business at 701 Maple Ave., Hamilton, Ohio, 45011.

## JURISDICTION AND VENUE

8. Plaintiff incorporates the allegations set forth in Paragraphs 1-8 as if fully restated herein.

9. This Court has jurisdiction under 28 U.S.C. § 1332(a), because the matters complained of herein represent a dispute between a citizen of the state of Ohio and a citizen of a foreign state, and the amount in controversy exceeds $75,000.00.

10. A substantial part of the events or omissions giving rise to the claims asserted in this action occurred in this District. Therefore, venue in this District is proper pursuant to 28 U.S.C. § 1391(b).

## ALLEGATIONS COMMON TO ALL COUNTS

11. Plaintiff incorporates the allegations set forth in Paragraphs 1-10 as if fully restated herein.

12. On or about September, 2022, Defendant contacted Plaintiff to Order electrical parts and components.

13. On October 14, 2022, Defendant paid Plaintiff $60,000.00 through wire-transfer.

14. Plaintiff sent the first shipment to Defendant on October 16, 2022. (*See* Invoices attached hereto as Exhibit "A.") The amount due and payable for Invoice # GH221016 was $71,913.00. (*Id.*)

15. Defendant received the October 16, 2022, shipment.

16. On October 19, 2022, Defendant paid Plaintiff $80,000.00 through wire-transfer.

17. Plaintiff sent the second shipment to Defendant on October 22, 2022. (*See* Ex. A.) The amount due and payable for Invoice # GH221022 was $73,062.00 (*Id.*)

18. Defendant received the October 22, 2022, shipment.

19. On October 26, 2022, Defendant paid Plaintiff $20,000.00 through wire-transfer.

20. Plaintiff sent the third shipment to Defendant on October 24, 2022. (*See* Ex. A.) The amount due and payable for Invoice # GH221024 was $100,100.00. (*Id.*)

21. Defendant received the October 24, 2022, shipment.

22. On October 29, 2022, Defendant paid Plaintiff $40,000.00 through wire-transfer.

23. Plaintiff sent the fourth shipment to Defendant on October 29, 2022. (*See* Ex. A.) The amount due and payable for Invoice # GH221029 was $43,987.00. (*Id.*)

24. Defendant received the October 29, 2022, shipment.

25. On November 9, 2022, Defendant paid Plaintiff $40,000.00 through wire-transfer.

26. Plaintiff sent the fifth shipment to Defendant on November 10, 2022. (*See* Ex. A.) The amount due and payable for Invoice # GH221110 was $68,734.00. (*Id.*)

27. Defendant received the November 10, 2022, shipment.

28. On November 26, 2022, Defendant paid Plaintiff $30,000.00 through wire-transfer.

29. Plaintiff sent the sixth shipment to Defendant on November 26, 2022. (*See* Ex. A.) The amount due and payable for Invoice # GH221126 was $68,875.00. (*Id.*)

30. Defendant received the November 26, 2022, shipment.

31. On December 13, 2022, Defendant paid Plaintiff $30,000.00 through wire-transfer.

32. Plaintiff sent the seventh shipment to Defendant on December 23, 2022. (*See* Ex. A.) The amount due and payable for Invoice # GH221223 was $12,167.00. (*Id.*)

33. Defendant received the December 23, 2022, shipment.

34. Plaintiff sent the eighth shipment to Defendant on December 27, 2022. (*See* Ex. A.) The amount due and payable for Invoice # GH221227 was $47,259.00. (*Id.*)

35. Defendant received the December 27, 2022, shipment.

36. On May 5, 2023, Defendant paid Plaintiff $80,000.00 through wire-transfer.

37. On September 23, 2022, October 1, 2022, November 16, 2022, January 12, 2023, and November 22, 2023, Defendant paid Plaintiff for other shipments, separate from the eight shipments identified above.

38. The payments Defendant made to Plaintiff are attached hereto as Exhibit B.

39. The amount due and payable for all eight invoices amounts to $486,088.00. The amount Defendant paid for all eight invoices amounts to $380,000.00.

## CAUSES OF ACTION

### I. MONEY OWED ON ACCOUNT

40. Plaintiff incorporates the allegations set forth in Paragraphs 1-39 as if fully restated herein.

41. An account in the name of Defendant exists with Plaintiff. (*See* Exhibit A.)

42. The Defendant's account with Plaintiff had a starting balance of zero and Plaintiff has provided a full accounting of Defendant's balances. (See Exhibit B.)

43. Exhibits A, specifically, Inv. # GH221016, Inv. # GH221022, Inv. # GH221024, Inv. # GH221029, Inv. # GH221110, Inv. # GH221126 -, Inv. # GH221223, Inv. # GH221227, identify items received by Defendant, listing them with accompanying dates and charges.

44. Exhibit B identifies the amounts paid by Defendant.

45. Defendant has paid $380,000.00, and owes Plaintiff $486,088.00.

7

46. As a result of Defendant's failure to make payment to Plaintiff, Plaintiff has been damaged in an amount exceeding $75,000.00, to be proven at trial.

## II. BREACH OF CONTRACT

47. Plaintiff incorporates the allegations set forth in Paragraphs 1-47 as though fully restated herein.

48. Plaintiff and Defendant had a contract, whereby Plaintiff would sell Defendant electrical components, and Defendant would pay for those components.

49. Plaintiff performed fully by sending Defendant its ordered electrical components. Defendant accepted Plaintiff's shipments and Plaintiff's performance under the contract.

50. Plaintiff did not engage in any material breaches of the contract and provided Defendant with its requested products in a timely manner.

51. Defendant breached the contract by failing to pay the full amounts due and payable for the products it received from Plaintiff.

52. As a result of Defendant's breach of contract, Plaintiff has been damaged in an amount exceeding $75,000.00, to be proven at trial.

### III. QUANTUM MERUIT AND UNJUST ENRICHMENT

53. Plaintiff incorporates the allegations set forth in Paragraphs 1-52 as though fully restated herein.

54. In the alternative, Plaintiff is entitled to judgment in its favor on a theory of quantum meruit and unjust enrichment.

55. Plaintiff conferred a benefit on Defendant when Plaintiff sent Defendant the products Defendant requested from Plaintiff.

56. Defendant has and had knowledge of that benefit.

57. Defendant has retained the benefit of Plaintiff's goods and services under circumstances where it would be unjust to do so without payment.

58. As a result of Defendant's conduct amounting to quantum meruit and unjust enrichment, Plaintiff has been damaged in an amount exceeding $75,000.00, to be proven at trial.

### IV. PREJUDGMENT INTEREST – R.C. § 1343.03

59. Plaintiff incorporates the allegations set forth in Paragraphs 1-58 as though fully restated herein.

60. Money has become due and payable upon a book account as set forth in R.C. § 1343.02.

61. Defendant is accordingly entitled to interest at a rate per annum as set forth under R.C. § 5703.47.

62. This Court should award prejudgment interest to Plaintiff in an amount commensurate with R.C. § 5703.47 at the time judgment is rendered.

## V. POSTJUDGMENT INTEREST – 28 U.S.C. § 1961(a)

63. Plaintiff incorporates the allegations set forth in Paragraphs 1-62 as though fully restated herein.

64. 28 U.S.C. § 1961(a) requires post-judgment interest to be paid on money awarded by district courts in civil actions.

65. This Court should award post-judgment interest to Plaintiff in an amount commensurate with the standard set forth in 28 U.S.C. § 1961(a).

## REQUEST FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court award Plaintiff actual or compensatory damages, punitive or exemplary damages, special damages, and any other damages to which Plaintiff may be entitled under Ohio or federal law. Plaintiff further requests that this Honorable Court award Plaintiff its litigation

expenses, other costs of litigation, and reasonable attorney fees as incurred in the litigation.

Respectfully Submitted,

/s/ Isaac T. Monah
Isaac T. Monah (#98789)
Shaut Monah Law Office
20600 Chagrin Blvd.
Suite 470, Shaker Heights,
Ohio 44122
Phone: (216) 471-8489
tom@shautlaw.com

*Counsel for Plaintiff*

EXHIBIT A



Golden Horn International
Trading (Shanghai) Co.Ltd.
歌赫国际贸易（上海）有限公司

901,No 998,Longshui North Road.Xuhui District Shanghai,China.200232

Tel:(86)21 64159613 Mobile:(86)18964001210 E-mail:goldenhorn1014@126.com

# PROFORMAL INVOICE

**1st pacakge Tracking number of dhl 7006030150**

| Our Inv＃: GH221016 | Sales Person:Susan Xie | | Inv Date: OCT 16TH,2022 | |
|---|---|---|---|---|
| BILL TO:JAMES WHITEHEAD | | | | |
| PART NO. | MFG | QTY(PCS) | U/P(USD) | AMOUNT(USD) |
| e3z-ls66 | OMRON | 24 | 60 | 1440 |
| 1734-EP24DC | AB | 3 | 98 | 294 |
| 1734-AENTR | AB | 3 | 489 | 1467 |
| 1769-L33ER | AB | 14 | 2989 | 41846 |
| 1769-L33ER | AB | 3 | 2198 | 6594 |
| 1769-OF4CI | AB | 6 | 1269 | 7614 |
| 1756-EN2T | AB | 3 | 1998 | 5994 |
| 20AD8P0A0AYNANC0 | AB | 1 | 959 | 959 |
| 20AD014A0AYNANC0 | AB | 3 | 1589 | 4767 |
| | | SHIPPING FEE | | 688+250 from previously |
| | | IN TOTAL | | 71913 |

**2nd package Tracking number of dhl 17 8937 7575**

| Our Inv＃: GH221022 | Sales Person:Susan Xie | | Inv Date: OCT 22TH,2022 | |
|---|---|---|---|---|
| BILL TO:JAMES WHITEHEAD | | | | |
| PART NO. | MFG | QTY(PCS) | U/P(USD) | AMOUNT(USD) |
| 2198-D012-ERS3 | AB | 2 | 9598 | 19196 |
| 2198-D020-ERS3 | AB | 1 | 9500 | 9500 |
| 20AD2P1A0AYNANC0 | AB | 2 | 749 | 1498 |
| 2198-D032-ERS3 | AB | 1 | 11998 | 11998 |
| 1756-EN2T | AB | 5 | 1998 | 9990 |
| 1756-L83E | AB | 2 | 9598 | 19196 |
| 1756-PB75 | AB | 2 | 498 | 996 |
| | | SHIPPING FEE | | 688 |
| | | IN TOTAL | | 73062 |

**3rd Pakage tracking number of DHL 7343694175**

| Our Inv＃: GH221024 | Sales Person:Susan Xie | | Inv Date: OCT 24TH,2022 | |
|---|---|---|---|---|
| BILL TO:JAMES WHITEHEAD | | | | |
| PART NO. | MFG | QTY(PCS) | U/P(USD) | AMOUNT(USD) |
| 2198-D012-ERS3 | AB | 5 | 9598 | 47990 |
| 2198-D020-ERS3 | AB | 3 | 9500 | 28500 |
| 2198-D020-ERS3 | AB | 1 | 10000 | 10000 |
| 1756-IF16 | AB | 1 | 2398 | 2398 |
| 1756-EN2TR | AB | 2 | 2398 | 4796 |
| 1756-EN3TR | AB | 2 | 2398 | 4796 |
| EMPTY BOX | | 17 | 20 | 340 |
| | | SHIPPING FEE | | 1280 |
| | | IN TOTAL | | 100100 |

**4th package tracking number of DHL 5517785335.**

| Our Inv №：GH221029 | Sales Person:Susan Xie | | Inv Date: OCT 29TH,2022 | |
|---|---|---|---|---|
| BILL TO:JAMES WHITEHEAD | | | | |
| PART NO. | MFG | QTY(PCS) | U/P(USD) | AMOUNT(USD) |
| 2198-P070 | AB | 2 | 9698 | 19396 |
| 2198-D020-ERS3 | AB | 1 | 10000 | 10000 |
| 1734-IT21 | AB | 2 | 179 | 358 |
| 5069-IB16 | AB | 4 | 539 | 2156 |
| 1756-EN3TR | AB | 1 | 2398 | 2398 |
| 1734-EP24DC | AB | 5 | 98 | 490 |
| 5069-L320ERMS2 | AB | 1 | 7540 | 7540 |
| cht3-151p-h/tg-sr | CAPTRON | 4 | 298 | 1192 |
| | | SHIPPING FEE | | 448 |
| | | IN TOTAL | | 43978 |

**5th package tracking number of DHL 1330421256**

| Our Inv №：GH221110 | Sales Person:Susan Xie | | Inv Date: NOV 10TH,2022 | |
|---|---|---|---|---|
| BILL TO:JAMES WHITEHEAD | | | | |
| PART NO. | MFG | QTY(PCS) | U/P(USD) | AMOUNT(USD) |
| 2198-P070 | AB | 1 | 9698 | 9698 |
| 2198-D12-ERS3 | AB | 4 | 9598 | 38392 |
| 1734-IT2I | AB | 6 | 179 | 1074 |
| BES022F | BALUFF | 1 | 59 | 59 |
| 1756-IF16 | AB | 2 | 2398 | 4796 |
| 5069-IB16 | AB | 5 | 600 | 3000 |
| E3Z-LS88 | AB | 2 | 179 | 358 |
| 1734-EP24DC | AB | 1 | 98 | 98 |
| 5069-L320ERMS2 | AB | 1 | 7540 | 7540 |
| 1734-AENTR | AB | 6 | 489 | 2934 |
| TCF10 | BUSSMANN | 2 | 63 | 126 |
| TCF10 | BUSSMANN | 10 | 7 | 70 |
| | | SHIPPING FEE | | 589 |
| | | IN TOTAL | | 68734 |

**6th package tracking numberof DHL  67 6309 5301**

| Our Inv #：GH221126 | | Sales Person:Susan Xie | Inv Date: NOV 26TH,2022 | |
|---|---|---|---|---|
| BILL TO:JAMES WHITEHEAD | | | | |
| PART NO. | MFG | QTY(PCS) | U/P(USD) | AMOUNT(USD) |
| 2198-P070 SECOND HAND | AB | 1 | 8800 | 8800 |
| 2198-P070 | AB | 1 | 9698 | 9698 |
| 2198-D12-ERS3 | AB | 4 | 9598 | 38392 |
| 1769SC-IF8U | AB | 6 | 1598 | 9588 |
| 20-750-ERNTER | AB | 2 | 900 | 1800 |
| | | | SHIPPING FEE | 597 |
| | | | IN TOTAL | 68875 |

**7th package tracking number of Fedex   770869772009**

| Our Inv #：GH221223 | | Sales Person:Susan Xie | Inv Date: DCE 23^TH,2022 | |
|---|---|---|---|---|
| BILL TO:JAMES WHITEHEAD | | | | |
| PART NO. | MFG | QTY(PCS) | U/P(USD) | AMOUNT(USD) |
| 2198-D032-ERS3 | AB | 1 | 11998 | 11998 |
| | | | SHIPPING FEE | 169 |
| | | | IN TOTAL | 12167 |

**8th package tracking number of  UPS 1Z80F6V80401736265**

| Our Inv #：GH221227 | | Sales Person:Susan Xie | Inv Date: DCE 27TH,2022 | |
|---|---|---|---|---|
| BILL TO:JAMES WHITEHEAD | | | | |
| PART NO. | MFG | QTY(PCS) | U/P(USD) | AMOUNT(USD) |
| 2198-D032-ERS3 | AB | 3 | 11998 | 35994 |
| 2198-P070 | AB | 1 | 11000 | 11000 |
| | | | SHIPPING FEE | 265 |
| | | | IN TOTAL | 47259 |

```
Total payment received:60000+80000+20000+40000+40000=240000usd+30000=270000u
sd+30000=300,000+800,000=380,000
```

Total value of the eight shipments:71913+73062+100100+43978+68734+68875+12167+47259=486,088

BALANCE   486,088-380,000=106,088

Authorized signature by
Buyer:
Signature
_____

Authorized signature by
Supplier:
Signature



EXHIBIT B

| 收款流水ID | 收款时间 | 收款账户 | 付款人名称 | 收款金额 | 关联订单 |
|---|---|---|---|---|---|
| MTX2305059020424449 | 2023/05/05 01:20:26 | Wells Fargo Bank, N.A. **** 0935 | HADALGO LLC | 80,000.00 USD | 已关联1个订单 |
| MTX2302226184419467 | 2023/02/22 02:20:27 | Wells Fargo Bank, N.A. **** 0935 | HADALGO LLC | 8,050.00 USD | 已关联1个订单 |
| MTX2301129453341904 | 2023/01/12 06:20:35 | Wells Fargo Bank, N.A. **** 0935 | HADALGO LLC | 36,348.00 USD | 已关联1个订单 |

| 收款流水ID | 收款时间 | 收款账户 | 付款人名称 | 收款金额 | 关联订单 | 状态 |
|---|---|---|---|---|---|---|
| MTX2212134390652495 | 2022/12/13 06:20:40 | Wells Fargo Bank, N.A. **** 0935 | HADALGO LLC | 30,000.00 USD | 已关联1个订单 | 已入账 |
| MTX2211267019197758 | 2022/11/26 02:20:33 | Wells Fargo Bank, N.A. **** 0935 | HADALGO LLC | 30,000.00 USD | 已关联1个订单 | 已入账 |
| MTX2211162378619317 | 2022/11/16 06:20:16 | Wells Fargo Bank, N.A. **** 0935 | HADALGO LLC | 1,950.00 USD | 已关联1个订单 | 已入账 |
| MTX2211099497640336 | 2022/11/09 06:20:57 | Wells Fargo Bank, N.A. **** 0935 | HADALGO LLC | 40,000.00 USD | 已关联1个订单 | 已入账 |
| MTX2210294386577123 | 2022/10/29 05:20:48 | Wells Fargo Bank, N.A. **** 0935 | HADALGO LLC | 40,000.00 USD | 已关联1个订单 | 已入账 |
| MTX2210262737228266 | 2022/10/26 01:20:20 | Wells Fargo Bank, N.A. **** 0935 | HADALGO LLC | 20,000.00 USD | 已关联1个订单 | 已入账 |
| MTX2210199554039698 | 2022/10/19 01:20:30 | Wells Fargo Bank, N.A. **** 0935 | HADALGO LLC | 80,000.00 USD | 已关联1个订单 | 已入账 |
| MTX2210147452528518 | 2022/10/14 05:20:50 | Wells Fargo Bank, N.A. **** 0935 | HADALGO LLC | 60,000.00 USD | 已关联1个订单 | 已入账 |
| MTX2210012149805872 | 2022/10/01 01:20:28 | Wells Fargo Bank, N.A. **** 0935 | HADALGO LLC | 5,589.00 USD | 已关联1个订单 | 已入账 |
| MTX2209238209430704 | 2022/09/23 01:20:29 | Wells Fargo Bank, N.A. **** 0935 | HADALGO LLC | 6,545.00 USD | 已关联1个订单 | 已入账 |